**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **Burgess BioPower, LLC,** | ) Case No. 24-10235 (LSS) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| **Berlin Station, LLC,** | ) Case No. 24-10236 (LSS) |
| | ) |
| Debtor. | ) (Joint Administration Pending) |
| | ) |
| | ) Re: Docket No. __ |

**ORDER GRANTING MOTION OF PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE, PURSUANT TO 28 U.S.C. § 1412 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 1014(a), TO TRANSFER VENUE OF BANKRUPTCY PROCEDINGS TO UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW HAMPSHIRE**

Upon the *Motion of Public Service Company of New Hampshire ["PSNH"], Pursuant to 28 U.S.C. § 1412 and Federal Rule of Bankruptcy Procedure 1014(a), To Transfer Venue of Bankruptcy Proceedings to United States Bankruptcy Court for the District of New Hampshire* [Docket No. __] (the "Venue Motion"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of the Venue Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found

that PSNH's notice of the Venue Motion and opportunity for a hearing on the Venue Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Venue Motion and all responses thereto, if any, including all documents submitted therewith; and this Court having heard the statements of counsel presented with respect to the Venue Motion at a hearing, if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Venue Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor;

    IT IS HEREBY ORDERED THAT:

1. The Venue Motion is GRANTED; and
2. Venue of the Debtors' bankruptcy proceedings is hereby transferred to the United States Bankruptcy Court for the District of New Hampshire pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 1014 in the interests of justice or for the convenience of the parties.